DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FIRST BAPTIST COMMUNITY DEVELOPMENT CORPORATION,**
Appellant,

v.

**AJC AND WPB REDEVELOPMENT, LLC,**
Appellee.

No. 4D2021-3276

[November 9, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502021CA007965.

Donovan L. Parker of Law Offices of Donovan L. Parker, Pembroke Pines, for appellant.

John Paul Arcia of John Paul Arcia, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***